**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTASIA BUTLER, an individual, | CASE NO.: 2:23-cv-01907-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |
| ALBERTSONS LLC, SAFEWAY REALTY LLC; DOE STORE MANAGER; DOE STORE EMPLOYEE; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | **SUBMITTED IN COMPLIANCE WITH LR 26-3** |
| Defendants. | |

Plaintiff, KRISTASIA BUTLER, by and through her attorneys, MICHAEL NIXON, ESQ. of LADAH LAW FIRM, and Defendant, ALBERTSONS LLC, by and through its attorneys, LEW BRANDON, JR., ESQ. and RYAN VENCI, ESQ of BRANDON | SMERBER LAW FIRM, stipulate and agree that the discovery schedule be extended pursuant to LR 26-3.

**I.      Discovery Conducted to Date (LR 26-4(a)):**

Both parties have submitted their initial FRCP 26.1 disclosures. Defendant served interrogatories, request for production of documents, and requests for admissions and Plaintiff provided responses.

/ / /

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

BRANDON | SMERBER
LAW FIRM

## II.    Discovery to be Conducted (LR 26-4(b)):

1.  Obtain Plaintiff's medical records.

2.  Plaintiff's deposition

3.  Retain and disclose experts.

4.  Defendant's FRCP 30(b)(6) depositions.

5.  Percipient witness depositions (Scheduling).

6.  Expert depositions; and

7.  Medical provider depositions.

## III.    The Reasons the Remaining Discovery Cannot Be Completed within the Time Limits Set by the Discovery Plan (LR 26-4(c)):

Plaintiff's deposition was originally scheduled for March 1, 2024. Due to scheduling conflicts with Plaintiff's counsel the parties mutually agreed to continue Plaintiff's deposition. Initial expert disclosures are April 5, 2024.  Defendant, at a minimum, needs to obtain Plaintiff's records to evaluate a potential medical expert. In addition to needing to obtain Plaintiff's medical records to get an expert, we need to complete the Plaintiff's deposition and rescheduling her deposition does not allow enough time to take it, get the transcript and get an expert report. The parties have been working in a diligent and courtesy manner and not for the purpose of delay.

## IV.    Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):

The current discovery deadlines are as follows:

1.  Amend Pleadings and Add Parties (LR 26-1(b)(2)):          March 6, 2024

2.  Initial Expert Disclosures (LR 26-1(b)(3)):          April 5, 2024.

3.  Rebuttal Expert Disclosures (LR 26-1(b)(3)):          May 3, 2024.

4.  Dispositive Motions (LR 26-1(b)(4)):          July 4, 2024.

5.  Discovery Cutoff (LR 26-1(b)(1)):          June 4, 2024.

The parties propose extending all discovery deadlines by forty-five (45) days as follows:

1.  Amend Pleadings and Add Parties (LR 26-1(b)(2)):          April 19, 2024

2.  Initial Expert Disclosures (LR 26-1(b)(3)):          May 20, 2024.

3. Rebuttal Expert Disclosures (LR 26-1(b)(3)):          June 17, 2024.

4. Dispositive Motions (LR 26-1(b)(4)):                  August 19, 2024.

5. Discovery Cutoff (LR 26-1(b)(1)):                     July 19, 2024.

DATED this 1st day of March 2024.            DATED this 1st day of March 2024.

**BRANDON | SMERBER LAW FIRM**          **LADAH LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*                 */s/ Michael T. Nixon, Esq.*
_____                  _____
**LEW BRANDON, JR., ESQ.**               **MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 5880                      Nevada Bar No. 11405
**RYAN VENCI, ESQ.**                     517 South Third Street
Nevada Bar No. 7547                      Las Vegas, Nevada 89101
139 E. Warm Springs Road                 702-252-0055
Las Vegas, Nevada 89119                  Facsimile: 702-248-0055
*Attorneys for Defendant,*               *Attorney for Plaintiff,*
*ALBERTSON'S LLC d/b/a ALBERTSONS*       *KRISTASIA BUTLER*

<u>**ORDER**</u>

**IT IS SO ORDERED**

Dated this __5__ day of __March_____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE